01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                             AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                        )   CASE NO. MJ25-316
09          Plaintiff,                  )
                                        )
10          v.                          )
                                        )   DETENTION ORDER
11  TEVIN TREGO,                        )
                                        )
12          Defendant.                  )
    _____ )

13

14

    Offenses charged:
15

16      1.  Distribution of Child Pornography

    Date of Detention Hearing:    June 4th, 2025.
17

18          The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and

19  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

20  that no condition or combination of conditions which defendant can meet will reasonably assure

21  the appearance of defendant as required and the safety of other persons and the community.

22

    DETENTION ORDER
    PAGE -1

01          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02          1.      Defendant has been charged with violations of 18 U.S.C. § 2252(a)(2) and

03 (b)(1).   There is therefore a rebuttable presumption against defendant as to both dangerousness

04 and flight risk, under 18 U.S.C. § 3142(e).

05          2.      Defendant is a risk of flight based upon the fact that he has no release address.

06 Defendant is a danger to the community based on the nature of the alleged offense and his prior

07 criminal history involving sexual exploitation of a minor.   Defendant does not contest

08 detention at this time.

09          3.      There does not appear to be any condition or combination of conditions that will

10 reasonably assure the defendant's appearance at future Court hearings while addressing the

11 danger to other persons or the community.

12 It is therefore ORDERED:

13 1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

14     General for confinement in a correction facility separate, to the extent practicable, from

15     persons awaiting or serving sentences or being held in custody pending appeal;

16 2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

17 3.  On order of the United States or on request of an attorney for the Government, the person

18     in charge of the corrections facility in which defendant is confined shall deliver the

19     defendant to a United States Marshal for the purpose of an appearance in connection with a

20     court proceeding; and

21 4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

22     the defendant, to the United States Marshal, and to the United State Probation Services

DETENTION ORDER
PAGE -2

01    Officer.

02        DATED this 4th Day of June, 2025.

03

04                                    S. KATE VAUGHAN
                                      United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3